McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN                3639-0
JORDAN K. INAFUKU              10392-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone No.: (808) 529-7300
Facsimile No.: (808) 524-8293
Email: minkin@m4law.com; jinafuku@m4law.com

Attorneys for Defendants
COUNTY OF KAUA'I, KAUA'I POLICE
DEPARTMENT, and KAUA'I POLICE COMMISSION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAUL N. APPLEGATE,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUA'I; KAUA'I POLICE DEPARTMENT; KAUA'I POLICE COMMISSION; TODD G. RAYBUCK, individually and in his capacity as Chief of Police for the KAUA'I POLICE DEPARTMENT; and DOE DEFENDANTS 1-100,<br><br>        Defendants. | CIVIL NO. 1:21-cv-00364 DKW-WRP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST TODD G. RAYBUCK; AND ORDER |

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AGAINST TODD G. RAYBUCK

#495435v3

Plaintiff PAUL N. APPLEGATE ("*Plaintiff*"), Defendants COUNTY OF KAUAʻI ("*County*") , KAUAʻI POLICE DEPARTMENT("*KPD*"), and KAUAʻI POLICE COMMISSION (the "*Police Commission*"), (the County, KPD and Police Commission are collectively referred hereafter as the "*County Defendants*"), and Defendant TODD G. RAYBUCK ("*Defendant Raybuck")*, through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, hereby stipulate for dismissal with prejudice of Plaintiff's First Amended Complaint, filed herein on November 5, 2021 (ECF No. 15), as to his claims against Defendant Raybuck.

This Stipulation has been signed by counsel for all parties who have appeared in this action and may be signed in counterparts with the same effect as if all parties had signed the same document.  All other claims and requests for relief against the County Defendants remain.

DATED:  Honolulu, Hawaiʻi, January 16, 2024.

                                         /s/ *Lyle S. Hosoda*
                                         LYLE S. HOSODA
                                         KOURTNEY H. WONG
                                         SPENCER J. LAU
                                         Attorneys for Plaintiff

*Applegate v. County of Kauai, et al.*; Civil No. 1:21-cv-00364 DKW-WRP; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST TODD G. RAYBUCK

2

                      /s/ *David J. Minkin*
DAVID J. MINKIN
JORDAN K. INAFUKU
Attorneys for Defendants
COUNTY OF KAUAʻI, KAUAʻI POLICE
DEPARTMENT and KAUAʻI POLICE
COMMISSION

                      /s/ *Jeffrey s. Portnoy*
JEFFREY S. PORTNOY
Attorney for Defendant
TODD G. RAYBUCK, in his individual
capacity

APPROVED AND SO ORDERED:

_____
Honorable Judge of the Above-Entitled Court

_____
*Applegate v. County of Kauai, et al.*; Civil No. 1:21-cv-00364 DKW-WRP; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST TODD G. RAYBUCK