HOSODA LAW GROUP
Attorneys at Law, A Law Corporation

| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| KOURTNEY H. WONG | 10827-0 |
| SPENCER J. LAU | 11105-0 |

Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813
Telephone:   (808) 524-3700
Facsimile:   (808) 524-3838
Email: lsh@hosodalaw.com;
khw@hosodalaw.com; sjl@hosodalaw.com

Attorneys for Plaintiff
PAUL N. APPLEGATE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PAUL N. APPLEGATE,<br><br>              Plaintiff,<br><br>      vs.<br><br>COUNTY OF KAUA`I; KAUA`I POLICE DEPARTMENT; KAUA`I POLICE COMMISSION; TODD G. RAYBUCK, individually and in his capacity as Chief of Police for the KAUA`I POLICE DEPARTMENT; and DOE DEFENDANTS 1-100,<br><br>              Defendants. | Civil No. 21-00364 DKW-WRP<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS AND PARTIES WITH PREJUDICE AND ORDER**<br><br>Trial Date:   May 6, 2024<br>Judge:        Hon. Derrick K. Watson |

## STIPULATION FOR DISMISSAL OF ALL CLAIMS AND PARTIES WITH PREJUDICE

Plaintiff PAUL N. APPLEGATE ("Plaintiff") and Defendants COUNTY OF KAUA`I, KAUA`I POLICE DEPARTMENT, and KAUA`I POLICE COMMISSION, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, hereby stipulate to the dismissal of all claims and parties in this action with prejudice, with each party to bear his/its own attorneys' fees and costs.  Plaintiff's claims against Defendant TODD G. RAYBUCK in this action were dismissed with prejudice on January 19, 2024, pursuant to the *Stipulation for Dismissal with Prejudice of All Claims Against Todd G. Raybuck* [Dkt. 66].

//

//

//

---

*Paul N. Applegate v. County of Kauaʻi*, Civil No. 21-00364 DKW-WRP; United States District Court for the District of Hawaii; **STIPULATION FOR DISMISSAL OF ALL CLAIMS AND PARTIES WITH PREJUDICE AND ORDER**

2

There are no remaining parties or claims in this action. Trial in this matter was set for May 6, 2024. This Stipulation has been signed by counsel for all parties who have appeared in this action and may be signed in counterparts with the same effect as if all parties had signed the same document.

DATED: Honolulu, Hawaiʻi, _____.

/s/ Lyle S. Hosoda
LYLE S. HOSODA
KOURTNEY H. WONG
SPENCER J. LAU

Attorneys for Plaintiff
PAUL N. APPLEGATE

/s/ David J. Minkin
DAVID J. MINKIN
JORDAN K. INAFUKU

Attorneys for Defendants
COUNTY OF KAUAʻI, KAUAʻI POLICE DEPARTMENT, and KAUAʻI POLICE COMMISSION

APPROVED AND SO ORDERED.

DATED: March 27, 2024 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

*Paul N. Applegate v. County of Kauaʻi*, Civil No. 21-00364 DKW-WRP; United States District Court for the District of Hawaii; **STIPULATION FOR DISMISSAL OF ALL CLAIMS AND PARTIES WITH PREJUDICE AND ORDER**